**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TEDDY ARCHER, TREY BERNADOU,                    )
SEDETRIC CHAMBLISS, BRODRICK                     )
FRANCIS, JAMES HUTCHINSON, DANIEL          )
MANOFSKY, DEVON SPRINGER, ERIC               )
STEWART, ANDREW WALLS, CALVIN                 )
WESLEY, AND CHRIS WOODRUFF, ET AL.,        )
                                                                            )
                                 Plaintiffs,                       )        Civil Action No.: 1:18-cv-00470-RGA
                                                                            )
                  v.                                                     )
                                                                            )
DEFENDERS, INC.,                                               )
                                                                            )
                                 Defendant.                      )
                                                                            )

**STIPULATION EXTENDING TIME FOR PLAINTIFFS' REPLY IN SUPPORT**
**OF MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR PARTIES TO**
**DESIGNATE PLAINTIFFS TO PARTICIPATE IN DISCOVERY**

WHEREAS, this Court conditionally certified this action as a collective action by Order

dated November 14, 2018, and on November 30, 2018, approved the form of notice for prospective

collection action members;

WHEREAS, the deadline for opting into this action was March 4, 2019;

WHEREAS, pursuant to the Amended Scheduling Order dated February 22, 2019 (D.I.

72), Plaintiffs were to file any motions to amend the pleadings by March 15, 2019;

WHEREAS, pursuant to the Supplemental Scheduling order dated March 12, 2019 (D.I.

83), the parties were to designate plaintiffs chosen to be subject to written discovery and deposition

(collectively the "Selected Plaintiffs"), with Defendant and Plaintiffs to exchange lists of plaintiffs

to designate as members of the Selected Plaintiffs by April 10, 2019;

WHEREAS, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint (the

"Motion for Leave to Amend") on March 15, 2019, seeking leave to file the proposed Second

Amended Complaint, which would, *inter alia*, add claims brought under California statutory wage and hour provisions on behalf of a proposed Rule 23 class of Defendant's employees and former employees who have worked in California;

WHEREAS, Defendant filed its opposition to Plaintiffs' Motion for Leave to Amend on March 29, 2019;

WHEREAS, Plaintiffs' reply in support of their Motion for Leave to Amend is due on April 5, 2019;

WHEREAS, the proposed settlement of a class action pending in California state court, *Goldman v. Defenders, Inc.*, STK-CV-UOE-2018-0009973 (Cty. of San Joaquin, Cal. Sup. Ct.), which received preliminary approval by that court on March 7, 2019, may impact the pending claims in this action, in that the proposed release arguably would release (1) FLSA claims of opt-in plaintiffs who have worked in California; (2) breach of contract claims of California-based members of any Rule 23 class certified for the breach of contract claim; and (3) claims brought under California statutes, which Plaintiffs proposed adding in the proposed Second Amended Complaint;

WHEREAS, counsel for Plaintiffs in this case and counsel for Defenders in the *Goldman* case are currently negotiating potential revisions to the preliminary-approved release in *Goldman*;

WHEREAS, Plaintiffs requested a conference before the Court to address the impact of the pending *Goldman* settlement on matters in this action;

WHEREAS, a conference is schedule before the Court on Monday, April 8, 2019 at 11:00 a.m.;

WHEREAS, Plaintiffs believe that an extension of time to April 22, 2019 is necessary for Plaintiffs to submit their reply in support of their Motion for Leave to Amend, due to the

unresolved issues relating to *Goldman*;

WHEREAS, the parties believe that an extension of time to April 24, 2019 is necessary for the parties to exchange their lists of plaintiffs for membership in the Selected Plaintiffs group;

WHEREAS, this is Plaintiffs' first request for an extension of time to file their reply in support of their Motion for Leave to Amend; and

WHEREAS, this is the parties' first request for an extension of time to exchange lists of plaintiffs for the Selected Plaintiffs group;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to approval by the Court, that the deadline for Plaintiffs' reply in support of their Motion for Leave to File a Second Amended Complaint is April 19, 2019, and the deadline for the parties to exchange lists of plaintiffs to be included in the Selected Plaintiffs group is April 24, 2019.

Dated: April 5, 2019

*/s/ Brian D. Long*
Brian D. Long (No. 4347)
Rigrodsky & Long, P.A.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
bdl@rl-legal.com

*Counsel for Plaintiffs*

*/s/ J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2310
Facsimile: (302) 397-2025
jfalgowski@burr.com

*Counsel for Defendant*

IT IS SO ORDERED this _____ day of April, 2019.

_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE