IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEDDY ARCHER, TREY BERNADOU, SEDETRIC CHAMBLISS, BRODRICK FRANCIS, JAMES HUTCHINSON, DANIEL MANOFSKY, DEVON SPRINGER, ERIC STEWART, ANDREW WALLS, CALVIN WESLEY, AND CHRIS WOODRUFF, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DEFENDERS, INC., <br><br> Defendant. | Civil Action No.: 1:18-cv-00470-RGA |

**STIPULATION REGARDING STATUS OF OPT-IN PLAINTIFFS**

WHEREAS, this is a wage-hour case that is currently conditionally certified as a nationwide collective action under the Fair Labor Standards Act ("FLSA");

WHEREAS, pursuant to 29 U.S.C. § 216(b), an employee can commence an action on his own behalf and on behalf of other similarly situated employees;

WHEREAS, pursuant to 29 U.S.C. § 216(b), an employee who wishes to participate in such action shall file a consent in writing in the court in which the action is pending, thereby becoming a party in such an action, having opted into the case;

WHEREAS, such "opt-in" plaintiffs are bound by and subject to the Court's jurisdiction as if listed in the caption and on the docket as named plaintiffs, and continue to be parties to the above-captioned action;

WHEREAS, certain opt-in plaintiffs in the above-referenced action were designated as "Terminated" effective November 1, 2019 but continue to be parties to this action;

1

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to approval by the Court, that with the exception of opt-in plaintiffs Robert Harper, Joseph Jarvela, Basil Kenton, Jose Rosales, Brandon Stamper, Jeffrey Dunning, and Manuel Fonseca, who were dismissed pursuant to individual motions to dismiss based on their failure to respond to discovery, any opt-in plaintiffs whose status appears as "Terminated" as of November 1, 2019, should be reinstated as opt-in plaintiffs (but subject to Defendant's right to seek decertification of the conditional class).

Enclosed hereto as Exhibit A is a list of all plaintiffs in this action, including named plaintiffs and plaintiffs who have opted into the conditionally certified FLSA class.

Dated: March 6, 2020

/s/ Brian D. Long
Brian D. Long (No. 4347)
Rigrodsky & Long, P.A.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
bdl@rl-legal.com

*Counsel for Plaintiffs*


/s/ Cory Falgowski
J. Cory Falgowski (No. 4546)
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2310
Facsimile: (302) 397-2025
jfalgowski@burr.com

*Counsel for Defendant*

IT IS SO ORDERED this __6__ day of March, 2020.

                                              /s/ Richard G. Andrews
                                              RICHARD G. ANDREWS
                                              UNITED STATES DISTRICT JUDGE

EXHIBIT A

## Named and Opt-in Plaintiffs[1][2]

1. Abersold, Steven
2. Abiola, Charles
3. Adelman, Michael
4. Adkison, Christopher
5. Agana, Enrique
6. Aiyegbusi, Olugbemiga
7. Akerman, David
8. Albarran, Ruben
9. Albera, Joseph
10. Alejandre Tajimaroa, Irving
11. Alvarez, Ricardo
12. Ambrister, Lamont
13. Anderson, Matthew
14. Annen, Jeffrey
15. Anthony, Matthew
16. **Archer, Teddy (Named) (Discovery)**
17. **Archero-Rochero, Evian (Named) (Discovery)**
18. Arefayne, Azaria
19. Arguello, Douglas
20. Armijo, Jacob
21. Armstrong, Tyler
22. Armstrong, Mychal
23. Arnold, James
24. Arrazolo, Caleb
25. Arrowood, Rodney
26. **Ascanio, Andrew (Named) (Discovery)**
27. Ayala, Hugo
28. Baker, Aaron
29. Balinton, Maury
30. Balinton, Mashon
31. Ball, Scott
32. Barbas, Aaron
33. Barnes, Marcus
34. Barr, Cody
35. Barreras, Felix (Discovery)
36. Bassett, Richard
37. Bates, Brendan
38. Beavers, Anthony
39. Beggs, Peter
40. **Beierschmitt, Steven (Named) (Discovery)**
41. Belnap, Thane
42. Bengel, Shane
43. **Bernadou, Trey (Named) (Discovery)**
44. Bertoncini, Paul
45. Bittner, Lawrence
46. Blair, Christopher
47. Blanch, Jose
48. Blandino, Brian
49. Blunt, Michael
50. Bly, Dalton
51. Boll, Jess
52. Bollack, Aaron
53. Boller, Austin (Discovery)
54. Bonilla, Miguel
55. Bouchillon, Douglas
56. Bowery, Travis
57. Boyd, Gerald
58. Bradshaw, Michael
59. Bray, Robert
60. Brazell, James (Discovery)
61. Bridges, Samuel
62. Brooks, Kevin
63. Brooks, Martha
64. Brooks, Joshua

---

[1] All named plaintiffs in the enclosed list are set forth in bold, with the designation "(Named)." All plaintiffs selected by the parties to participate in discovery are set forth with the designation "(Discovery)".

[2] Note that Plaintiff Donald Krieger, while listed here, is subject to a pending unopposed motion to dismiss. (See Docket Nos. 126-128 and 132).

65. Brown, Cameron
66. Brown, Sean
67. Brown, Therron
    (Discovery)
68. Brunson, Nathaniel
69. Bryant, Christopher
70. Buick, Stephen
    (Discovery)
71. Burch, Joshua
72. Burdette-Chapman, Brendan
73. Burditt, Ian (Wade)
74. Burillo, Marc
75. Burkert, Kevin
76. Burnett, Duane
77. Burrows, Michael
78. Cacopardo, Daniel
79. **Canaday, Delric**
    **(Named) (Discovery)**
80. Capers, Craig
81. Carlson, Chad
82. Carr, Mark
83. Carrigan, Ryan
84. Carter, Christopher
85. Carter, James
    (Discovery)
86. **Casden, Brett**
    **(Named)**
87. Casey, Cody
88. Cawley, Robert
89. Celeste, Charles
90. **Chambliss, Sedetrick**
    **(Named) (Discovery)**
91. Champagne, Christopher
92. Chavez, David
93. Chavez, Michael
94. Cheely, Jason
95. Chester, Robert
96. Chin, Michael
    (Discovery)
97. Clariza, Freddie
98. Clarkson, Rodney
99. Clausell, Andy
100. Clingan, Donald
101. Coates, Christopher
102. Codrington, Calvin
103. Cole, Marlon
104. Comer, Justin
105. Compton, Dustin
106. Conforti, David
107. Cook V, Benjamin
108. Coombs, Andrew
109. Cooper, Daniel
110. Corpuz, Julius
111. Costanza, Justin
112. Creed, William
113. **Cromartie, Neill**
     **(Named)**
114. Crosson, Timothy
115. Crow, Amanda
116. Crump, Daniel
     (Discovery)
117. Cruz, Jose
118. Cunningham, Grant
119. Dacres, Howard
120. Daley, Nathaniel
121. Darby, Joseph
122. Dauterman, Bryan
123. David, Dan
124. DeLaPaz, Miguel
125. Delgado, Orlando
126. Dellert, Scott
127. Deol, Jagraj
128. Deramo, Brandon
129. DiCarlo, John
130. Dingler, John
131. Dixon, Joseph
132. Dobson, Stephen
133. Donahue, Eric
134. Donnelly, John
135. Donovan, David
136. Dooley, MichaelKevin
137. Dopke, Scott
     (Discovery)
138. Doty, Richard
139. Douglas, Kenneth
140. Dougless, Ronald

141. Dove, Levell
142. Drouvalakis, William
143. Duarte, Alex
144. Dubois, James
145. Duda, Andrew
146. Duhon, Eric
147. Duncan, Mark
148. Dunn, Barry
149. Earley, Michael
150. Eastern, Travis
151. Eloff, Daniel
152. Entrekin f/k/a Hill, Ashley
153. Evans, Michael
154. Evans, Gregory
155. Ewbank, William
156. Farrell, Gary
157. Fazal, Mujeeb
158. Febres, Jose
159. Ferry, Daniel
160. Figueroa, Ismael
161. Finch, Randy
162. Flores, Jacob
163. Flowers, Christopher
    (Discovery)
164. Flynn, Thomas
165. Foley, Jason
    (Discovery)
166. Forshee, William
167. Forster, Christopher
168. Fortunato, Todd
169. Forwood, Joshua
170. Fraley, Gary
171. **Francis, Brodrick**
    **(Named) (Discovery)**
172. Franklin, Bruce
173. Frazer, David
174. Frederick, Kyle
175. Frederick, Brian
176. Frias, Steven
177. Gabbard, Chris
178. Gales, Michael
179. Gann, Eric
180. Garcia, Marco
181. Garnenez, Renaldo
182. GarridoRamirez, Enrique
183. Gashaw, Walter
184. Gassenberger, Scott
185. Gebre-Medhin, Tedla
186. Gelatt, Wesley
187. Gilliland, Raymond
188. Godfrey, Greg
    (Discovery)
189. Goldmann, Christopher
190. Gomez, Eric
    (Discovery)
191. Gomez, Christopher
192. Gonzales, Dominic
193. Gonzales, Ray
194. Gonzalez Jr., Luis
195. Goodman, Shaun
196. Goodnight, Justin
197. Gozumogullari, Mustafa
198. Graham, Yaphet
199. Grant, Jonathan
200. Gray, Matthew
201. Green, Benjamin
202. Greer, William
203. Guclu, Mehmet
204. Guest, Jordan
205. **Hackett, Christopher**
    **(Named)**
206. Hailey, Peter
207. Halbeisen, John
208. Hale, Kelly
209. Hall, Brian
    (Discovery)
210. Hall, Andre
211. Halleck, Alan
212. Harr, Matthew
    (Discovery)
213. Harris, Michael
214. Harris, Andrew
215. Hart, Justin
216. Hart, Christopher
217. Hartley, Todd
218. Harwell, Jeffrey

219. Haskins, Greg
220. Hebert, Michael
221. Hedke, Nicholas
222. Heilman, Tyler
223. Heimbrock, Andrew
224. Hemphill, Tommy
225. Henry, Bruce
226. Herman, Benjamin
227. Hernandez, Manuel
228. Herrera, Joshua
229. Heymann, Michael
230. Hidinger, James
231. Hinds, Eric
232. Hinshaw, Sean
233. Hoffmann, Kristian
    (Discovery)
234. Hoffner, Craig
235. Hogains, Shalinda
236. Holbert, Jason
237. Holmes, Bryon
238. Hopkins, Kendrick
239. Hosey, James
    (Discovery)
240. Huckell, Bryan
241. Huet, Justin
242. Hume, Jonathan
243. Hund, Nicholas
    (Discovery)
244. Hunt, Darrell
245. Hupp, Steve
246. Husereau, Scott
247. **Hutchinson, James**
    **(Named)**
248. Hyer, Garrett
249. Hylton, Otis
250. Ignazi, Brian
251. Irey, James
252. Irizarry, Luis
253. Jackson, Robert
254. Jackson-Lee, Ronaldo
255. Jean Baptiste, Herby
256. Jean Baptiste, Wesler
257. Jennings, Richard
258. Jensen, Don
259. Jerstad, Kenneth
260. Jeter, Seth
261. Johnson, Anthony
262. Johnson, Norris
263. Johnson, Christopher
264. Johnson, Elliott
    (Discovery)
265. Johnson, Mark
266. Jones, Leon
267. Jones-Vaughan, Erin
268. Jovanovic, Michael
269. Kadow, Steven
270. Kalanjian, Georges
271. Kalogeropoulis, Nicholas
272. Kay, Sean
273. Keaton, Robbie
274. Keese, Kyle
275. Kennan, Christopher
276. Kennedy, Rodney
277. Kern, Peter
278. Khan, Nasir
279. Kidwell, Steven
    (Discovery)
280. Kim, Jae
    (Discovery)
281. Kimble, Nathaniel
282. Kines, Antoine
283. King, Jason
284. Knighton, Shamar
285. Koons, Sean
286. Koontz, Nicholas
287. Kowalski, Christopher
288. Krajacic, Nicolas
289. Krieger, Donald
    (Discovery)
290. LaMastus, Cheryl
    (Discovery)
291. Lane, Jamie
    (Discovery)
292. LaNier, Samuel
293. Lao, Lance
294. Law, Scott

295. Le, Dung
296. Leba, Kenneth
297. Lee, Jason
298. Lee, Andrew
299. Lee, Stephen
300. Leet, Nicholas
301. Legg, Matthew
     (Discovery)
302. Leggins, Michael
303. Lewis, Evan
304. Lewis, Bradley
305. Lievsay, John
306. Lindsay, Paul
307. Liriano, Marx
308. Long, Robert
309. Lopez, Joseph
310. Lovvorn, Christopher
311. Lowe, James
312. Lynds, Arthur
313. Macharie, Reuben
314. Maciel, Ruben
315. Magee, Jay
316. Makepeace, Jeremy
317. Malnati, Anthony
318. Malsom, Wayne
319. Manausa, Paul
320. Mann, Charles
321. Mano, Richard
322. **Manofsky, Daniel (Named) (Discovery)**
323. Marchena, Scott
324. Marciel-Nieves, Basil
325. Marlin, Marc
326. Martin, Bobby
327. MartinezMoran, Jose
328. Martinsen, Robert
329. MataJr, Frank
330. Matarazzo, Garrick
331. Matthews, Josiah
332. Mauss, Jeffery
333. Maxey, Robert
     (Discovery)
334. Mayer, Timothy
335. McAtee, Corey
336. McCarthy, Dax
337. McCauley, Johnathan
     (Discovery)
338. McClain, Jesse
339. McClung, Christopher
     (Discovery)
340. McCray, Randolph
341. McCrayJr, Michael
342. McDonald, Michael
343. McDonald, Creighton
344. McNeill, Timothy
345. Medina, Matthew
346. Meek, Phillip
347. Mendez, David
348. Mendoza Olivas, Arnoldo
349. Menjivar, Sergio
350. Mertes, William
351. Michaels, Mark
352. Michelsen, Matthew
353. Milam, John Matthew
354. Milicia, Ross
355. Miller, Vance
356. Miller, Mark
357. MimsJr, Larry
358. Minor, Quinn
     (Discovery)
359. Missick, Jaryn
360. Mitchell, Matthew
361. Mitchell, Matthew
362. Mitsunaga, Corey
363. Mize, Ryan
364. Moldawski, Mitchell
365. Molina, Luis
366. Montgomery, David
367. Moore, James
368. Moreau, Jarod
369. Morris, Daren
370. Morrison, Stephen
371. Moses, James
372. Moulterie, David
373. Muller, Heath
374. Mullins, Matthew

375. Murray, Betty
376. Nealis, Wesley
377. Nelson, Ned
378. Newbury, Gary
379. Nienau, Nathan
380. Ogletree, Coleman
381. Orozco Lopez, Luis
    (Discovery)
382. Owens, Stephen
    (Discovery)
383. Pace, Troy
384. Page, Arron
385. Pak, Jin
386. Palma, Steven
    (Discovery)
387. Panaia, Peter
388. Papavasiliou, Tharrenos
389. Papson, James
390. Paquette, Timothy
391. Park, Daniel
392. Patten, Izaak
    (Discovery)
393. Paylor, Dominique
394. Payne, Craig
395. Pearson, Billy
396. Pelaez, Luis
397. Pelle, Anthony
398. Pender, Matthew
399. Percival, Trent
400. Perdomo, Jonathan
401. Perez, Paulo
402. Perez, Anthony
    (Discovery)
403. Perez, Roberto
404. Perez, Ramon
405. Perry, Jason
406. Perry, Leon
407. Pesigan, Jason
408. Peterson, Billy
409. Pfister, Charles
410. Pickett, Johnny
411. Pierce, Lucas
412. Pina, Kyle
413. Pinnock, Robert
414. Pires, Danielson
415. Pohler, Eric
416. Porter, Harry
417. Porter, William
    (Discovery)
418. Powell, Kimberly
419. Quinn, Eric
420. Ramirez, David
    (Discovery)
421. Ramirez, George
422. Ramos, Dale
423. Rana, Nayan
424. Redmond, Shaun
425. Reilly, Matthew
426. Renfro, Jason
427. Rentz, Trevor
428. Richardson, Randy
429. Riley, Clint
430. Riley, Kenneth
431. Rivera, Nomar
432. Robbins, Ezekiel
433. Roberts, Ryan
434. Robichaud, Mark
435. Rocco, Anthony
436. **Rocco, John**
    **(Named) (Discovery)**
437. Rocco, Scott
    (Discovery)
438. Rodriguez, Pedro
439. Rodriguez, David
440. Rogers, Theophilus
441. Rojas, Edgar
442. Rojas, Ricardo
443. Romero, Matthew
444. Rosales, Angel
    (Discovery)
445. Rosenbalm, Vernon
446. Rossman, Shawn
447. Rotha, Logan
448. Rothenberger, Christopher
449. Royal, Brett
    (Discovery)

450. Rozenburg, Leslie
451. Ruiz, Miguel
452. Ruiz, Michael
453. Ruiz-Echenagucia, Jorge
454. Sabat, Francisco
    (Discovery)
455. Sacco, Michael
456. Saltos, Erick
457. Sammarco, Jared
458. Sanchez, Israel
459. Sanchez, Rafael
460. Sandoval, David
461. Sandoval, Ernesto
462. Sawyer, Matthew
463. Scotto, Michele
464. Scruggs, Landon
465. Seda, Chadwick
466. Shaddox, Jason
467. Shapiro, Justin
468. Shelton, Stuart
469. Shelton, James
470. Shermock, Kevin
471. Shivers, Larry
472. Shover, John
473. Shuford, Edward
474. Simpson, Shannon
475. Simpson, Ernest
476. Sims, Brent
477. Singletary, Lamarr
478. Skinner, Nathan
479. Slaughter, Dwayne
480. Slingsby, Todd
481. Smallman, Alexander
482. Smedley, Jason
483. Smith, Herbert
    (Discovery)
484. Smith, William
485. Smith, Edward
486. Smith, Zeltre
487. Smith, Rodney
488. Smith, Brian
489. Soberon, Hector
490. Sosa, Cesar
    (Discovery)
491. Soto, Jesse
492. Soto, Benjamin
493. Speicher, Ralph
494. **Springer, Devon**
    **(Named) (Discovery)**
495. Sproul, Christopher
496. Stafford, James
497. Stanek, Robert
498. Stanley, Gregory
499. Stevenson, Dominic
500. **Stewart, Eric**
    **(Named)**
501. Stockwell, Christopher
502. Story, James
503. Stranz, Timothy
504. Stringer, John
505. Stupey, Jamie
506. Stutts, David
507. Swartz, Aaron
508. Sweet, David
509. Sweet, Christopher
510. Talbot, Xavier
511. Tapia Pena, Miguel
512. Taylor, Charles
513. Teagle, Trey
514. Temple, Wayne
515. Temple, Terrell
516. Temple, Valerie
517. Tepe, Michael
518. Thomas, Larry
519. Thomas, Tramario
520. Thornton, Anthony
521. Todd, Larry
522. Tolentino, Samuel
523. Tolliver, Ryan
524. Tronvig, Erik
525. Trujillo, Julian
526. Tullos, Miles
    (Discovery)
527. Twerefour, Terry
528. Unthank, Kevin

529. Valdez, Benjamin
530. Vandermolen, Paul
531. Varela, Cesar
532. Varela Valenzuela, Alberto
533. Vasilyev, Daniel
534. Vazquez, Nicholas
    (Discovery)
535. Veasey, Brieson
536. Vega, Robert
537. Verdejo, Carlos
538. Verdejo Napoleoni, David
539. Vermette, Jeremy
540. Vinson, Bryson
541. Walker, Adam
542. Wallace, Matthew
    (Discovery)
543. Wallace, Brady
544. **Walls, Andrew**
    **(Named) (Discovery)**
545. Walton, Steven
    (Discovery)
546. Wang, Zheying
547. Washington, Everett
548. Washington, Alfonso
549. Washington, Carl
550. Watson, Calvin
551. Wenig, Steven
552. Wereschagin, John
553. **Wesley, Calvin**
    **(Named)**
554. Wheeler, David
555. Wilkerson, Wayne
556. Williams, Derrick
557. Williams, Richard
558. Willis, Michael
559. Wilson, James
560. Wilson, Tylon
561. Wilson, Reginald
562. Winn, Bruce
563. Wolfle, Sean
564. Wood, Walter
565. **Woodruff, Christopher**
    **(Named)**
566. Wright, Brandon
567. Wright, Daniel
568. Yamaguchi, Kenji
569. Younger, Richard
570. Zamora, Joseph
571. Zelaya, Alberto
572. Zepeda, Richard
573. Zombek, Edward
574. Zornes, Kenneth