# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEDDY ARCHER, TREY BERNADOU, SEDETRIC CHAMBLISS, BRODRICK FRANCIS, JAMES HUTCHINSON, DANIEL MANOFSKY, DEVON SPRINGER, ERIC STEWART, ANDREW WALLS, CALVIN WESLEY, AND CHRIS WOODRUFF, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DEFENDERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 1:18-cv-00470-SB |

## DEFENDANT DEFENDERS, INC.'S MOTION TO DISMISS OPT-IN PLAINTIFFS IZAAK PATTEN AND HERBERT SMITH FOR FAILURE TO RESPOND TO DISCOVERY REQUESTS AND/OR NONRESPONSIVENESS

Defendant Defenders, Inc. ("Defendant" or "Defenders"), pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure and this Court's March 12, 2019 Supplemental Scheduling Order (D.I. 83), respectfully moves this Court for entry of an Order dismissing opt-in Plaintiffs Izaak Patten and Herbert Smith (collectively "Plaintiffs") for failure to respond to Defenders' written discovery requests and/or nonresponsiveness. In support of this Motion, Defenders relies upon and incorporates its accompanying Brief in Support of Defenders' Motion to Dismiss Opt-In Plaintiffs Izaak Patten and Herbert Smith for Failure to Respond to Discovery Requests and/or Nonresponsiveness and its Appendix of Exhibits.

2

WHEREFORE, Defenders respectfully requests that this Court grant this Motion and enter an Order in the attached form.

Dated: November 5, 2021    **BURR & FORMAN**

/s/  *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Telephone: (302) 830-2312
Facsimile:  (302) 397-2566
jfalgowski@burr.com

-and-

K. Bryance Metheny *(Pro Hac Vice)*
Ronald W. Flowers, Jr. *(Pro Hac Vice)*
H. Carlton Hilson *(Pro Hac Vice)*
420 N. 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
bmetheny@burr.com
rflowers@burr.com
chilson@burr.com

*Counsel for Defendant*

## **LOCAL RULE 7.1.1 CERTIFICATION**

On May 5, 2021, and October 15, 2021, counsel for Defendant corresponded with counsel for Plaintiffs regarding the relief requested in the Motion. Counsel for the Plaintiff indicated they take "no position" regarding the relief requested in the Motion.

/s/ *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on this 5th day of November, 2021, the foregoing document was served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by electronic mail as follows:

TRIEF & OLK
Ted E. Trief
Barbara Olk
Shelly L. Friedland
Eyal Dror
750 3rd Avenue, Suite 2902
New York, NY 10017
Telephone: (212) 486-6060
Email: ttrief@triefandolk.com

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663
Telephone: (201) 845-9600
Email: psp@njlawfirm.com

RIGRODSKY LAW, P.A.
Herbert W. Mondros
300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
hwm@rl-legal.com

THE LAW OFFICE OF
MACY D. HANSON, PLLC
Macy D. Hanson
The Echelon Center
102 First Choice Drive
Madison, MS 39110
Telephone: (601) 853-9521
Email: macy@macyhanson.com

/s/   *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)

46351412 v1