IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TEDDY ARCHER, et al.,

      *Plaintiffs*,

v.                          No. 1:18-cv-00470-SB

DEFENDERS, INC.,

      *Defendant*.

**ORDER**

I **GRANT** the motion for settlement approval [D.I. 336] and **DISMISS THIS CASE WITH PREJUDICE**. I direct the Clerk of Court to **CLOSE** this case.

Dated: October 11, 2022

                                                 _____
                                                 UNITED STATES CIRCUIT JUDGE